# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162121(15)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

AFT MICHIGAN,
        Plaintiff,

v

PROJECT VERITAS, et al.,
        Defendants,

and

MICHIGAN ATTORNEY GENERAL,
        Intervening Defendant.

SC: 162121
USDC-ED: 4:17-cv-13292

_____/

       On order of the Chief Justice, the joint motion of the Michigan Chapter of American Academy of Matrimonial Lawyers and the Family Law Section of the State Bar of Michigan to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before March 3, 2021.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2021



Clerk